# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1303, 14-1304, 14-1315

**VIIV HEALTHCARE CO., VIIV HEALTHCARE UK LTD.,**
*Plaintiffs - Cross-Appellants*

**v.**

**LUPIN LTD., LUPIN PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC.,**
*Defendants - Appellants*

Appeal from the United States District Court for the District of Delaware in case no. 1:11-cv-00576-RGA, 1:11-cv-00688-RGA Judge Richard G. Andrews

## MANDATE

In accordance with the judgment of this Court, entered February 12, 2015, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court