IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| VIIV HEALTHCARE UK LTD. and VIIV HEALTHCARE CO., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 11-576-RGA ) ) ) ) ) ) ) |

## STIPULATION OF COSTS

In lieu of submitting a Bill of Costs form, Plaintiffs ViiV Healthcare UK Ltd. and ViiV Healthcare Co. ("ViiV") and Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. ("Lupin") hereby stipulate, pursuant to Delaware Local Rule 54.1, to costs of $ 2758.00 taxed against ViiV.

\*   \*   \*

Dated: June 5, 2015

Respectfully submitted,

| FARNAN LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
|---|---|
| By: /s/ Michael J. Farnan <br> Joseph J. Farnan, Jr. (Bar No. 100245) <br> Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) <br> 919 North Market St. <br> 12th Floor <br> Wilmington, DE 19801 <br> (302) 777-0300 <br> farnan@farnanlaw.com <br><br> *Of Counsel*: <br> F. Christopher Mizzo | By: /s/ John C. Phillips, Jr. <br> John C. Phillips, Jr. (#110) <br> Megan C. Haney (#5016) <br> 1200 N. Broom Street <br> Wilmington DE 19806 <br> Tel: (302) 655-4200 <br> jcp@pgslaw.com <br> mch@pgslaw.com <br><br> *Of Counsel* <br> William A. Rakoczy <br> Paul J. Molino |

| | |
|---|---|
| Charles A. Fernández<br>Craig T. Murray<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200<br><br>*Counsel for Plaintiffs ViiV Healthcare UK Ltd. and ViiV Healthcare Co.* | Deanne M. Mazzochi<br>Rachel Pemic Waldron<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60654<br>Tel: (312) 222-6301<br>Fax: (312) 222-6321<br>wrakoczy@mnnslegal.com<br>paul@rmmslegal.com<br>dmazzochi@rmmslegal.com<br>rpernicwaldron@rmmslegal.com<br><br>*Counsel for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |

IT IS SO ORDERED this _____ day of ___, 2015.

_____

United States District Judge