# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| VIIV HEALTHCARE UK LTD. and VIIV HEALTHCARE CO., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., et al. <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 11-576-RGA ) **(CONSOLIDATED)** ) ) ) ) ) ) |

## STIPULATION OF COSTS

Plaintiffs ViiV Healthcare UK Ltd. and ViiV Healthcare Co. (collectively "ViiV") and Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), hereby stipulate to ViiV's costs of $17,825.53 to be taxed against Teva pursuant to 28 U.S.C. § 1920 and Delaware Local Rule 54.1.

Dated: June 18, 2015

FARNAN LLP

By: Brian E. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
919 North Market St.
12th Floor
Wilmington, DE 19801
(302) 777-0300
farnan@farnanlaw.com

*Counsel for Plaintiffs ViiV Healthcare UK Ltd. and ViiV Healthcare Co.*

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: Bindu A. Palapura
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market St.
Wilmington DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Counsel for Defendant Teva Pharmaceuticals USA, Inc.*

IT IS SO ORDERED this _____ day of _____, 2015.

_____
The Honorable Richard G. Andrews